JOSEPH A. MANDOUR, III (SBN 188896)
BEN T. LILA (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
jmandour@mandourlaw.com

Attorneys for plaintiff,
MEMORY LANE, INC.

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

2011 JUN 23  AM 11: 32

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY LANE, INC., a California Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>CLASSMATES INTERNATIONAL, INC., Doing Business As CLASSMATES ONLINE, INC., a Delaware Corporation; MEMORY LANE, INC., Doing Business As CLASSMATES.COM, a Washington Corporation,<br><br>       Defendants. | Civil Case No. **SACV 11-00940 JST (MLGx)**<br><br>**COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND OTHER RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff MEMORY LANE, INC. (hereinafter "plaintiff" or "MEMORY LANE"), by and through its counsel, alleges against defendants CLASSMATES INTERNATIONAL, INC. Doing Business As CLASSMATES ONLINE, INC., ("CLASSMATES INTERNATIONAL") and MEMORY LANE, INC. Doing Business As CLASSMATES.COM (Collectively as "defendants") as follows:

## NATURE OF THE ACTION

1.  This is an action for false designation of origin and passing off pursuant to 15 U.S.C. §1125 and state law, and unfair competition under state law and common law.

**THE PARTIES**

2.      Plaintiff Memory Lane, Inc. is a California corporation with a principal place of business in Tustin, California.

3.      On information and belief, defendant Classmates International, Inc., Doing Business As Classmates Online, Inc. is or purports to be a Delaware corporation having a principle place of business in Renton, Washington.

4.      On information and belief, defendant Memory Lane, Inc., Doing Business As Classmates.com, is or purports to be a Washington corporation having a principle place of business in Renton, Washington.

**JURISDICTION AND VENUE**

5.      This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338 because the action arises under the trademark laws of the United States, and pendant jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

6.      This Court has personal jurisdiction over defendants because defendants have transacted business in the Central District of California.  Further, on information and belief, the defendants systematically and continuously direct business activities toward and into the Central District of California.  In addition, actual confusion caused by defendants has occurred within the Central District of California.

7.      Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim for false designation of origin and unfair competition occurred in this district and defendants have significant contacts with the district.

**FACTS**

8.      MEMORY LANE is a California corporation operating in the memorabilia industry and having a principal place of business at 12831 Newport Ave, Suite 180, Tustin, California, 92780.

9.      MEMORY LANE is the owner of the MEMORY LANE trademarks shown in Exhibit A attached hereto.  MEMORY LANE and its predecessors-in-interest began using the

MEMORY LANE marks in commerce as a source designator at least as early as December 5, 2000. As such, they have established priority of use. The MEMORY LANE marks are inherently distinctive and recognized by the relevant consuming public as plaintiff's marks.

10. Employees of MEMORY LANE have been contacted on numerous occasions by defendants' customers at the email address contactus@memorylaneinc.com, an address belonging to MEMORY LANE. These consumers are confused and mistakenly believe that MEMORY LANE has defrauded them or is the source of credit card charges they wish to dispute regarding transactions with defendants' business activities. These customers mistakenly believe that plaintiff Memory Lane, Inc. is, represents or is affiliated with defendants, particularly CLASSMATES.COM. Plaintiff has also received numerous phone calls from confused consumers having the incorrect belief that plaintiff is actually the defendant operating the website at www.classmates.com.

11. These emails began occurring at least as early as February, 2011. These emails evidence actual confusion among numerous consumers between the designations of plaintiff's and defendants' origins. A copy of one of these emails from a confused consumer is attached hereto as Exhibit B.

12. Defendants operate the website classmates.com. Defendants have recently expanded their business into the memorabilia industry and now operate the website memorylane.com. A screenshot of memorylane.com is attached hereto as Exhibit C. Moreover, the defendants, on information and belief, have operated the website and the business in such a matter that numerous consumers have accused the defendants of fraud and unfair business practices. *See* Exhibit E attached hereto. On information and belief, the defendants' questionable business practices concurrent with the actual confusion caused by defendants' use of plaintiff's marks has damaged the goodwill of plaintiff's marks.

13. Defendants' memorylane.com website offers memorabilia including sports memorabilia. Excerpts from defendants' website promoting and offering memorabilia are attached hereto as Exhibit D.

14. Defendants' unlawful use of the MEMORY LANE mark has caused actual

1   confusion amongst consumers and initial interest confusion as to the origin of their respective

2   products and services.

3          15.    On information and belief, defendants have adopted the designation MEMORY

4   LANE in a willful attempt to piggyback off of plaintiff's good will and reputation in the

5   memorabilia industry, and to divert business away from plaintiff and to defendants.

6          16.    Additionally, defendants have caused reverse confusion amongst consumers,

7   namely consumers falsely believe that plaintiff is the junior user of the MEMORY LANE

8   marks.

9          17.    Plaintiff has been irreparably harmed and has suffered economic loss as well as

10  the loss of good will from defendants' unlawful and willful acts.  Because damages will

11  constitute an insufficient remedy, plaintiff requires equitable relief in the form of a permanent

12  injunction restraining defendants' continued activity regarding the MEMORY LANE source

13  designation.

14                            **CLAIMS FOR RELIEF**

15                          **First Claim for Relief**

16             **(False Designation of Origin – 15 U.S.C. §1125)**

17         18.    Plaintiff repeats and incorporates by reference the statements and allegations in

18  paragraphs 1 to 17 of the Complaint as though fully set forth herein.

19         19.    On information and belief, defendants willfully and intentionally adopted marks

20  confusingly similar to plaintiff's MEMORY LANE mark to steal plaintiff's goodwill.

21         20.    Additionally, defendants have caused or are likely to have caused reverse

22  confusion amongst consumers, namely consumers falsely believe that plaintiff is the junior user

23  of the MEMORY LANE marks to plaintiff's detriment and derogation.

24         21.    By reason of the foregoing and upon information and belief, defendants have

25  violated Section 43 of the Lanham Act (15 U.S.C. § 1125(a)) by using, in connection with their

26  goods and advertisements, false designations of origin which are likely to cause confusion or

27  cause mistake or to deceive as to the affiliation, connection, or association of MEMORY LANE

28  with defendants and as to the origin, sponsorship, or approval of defendants' goods and

1   commercial activities.

2       22.    By reason of the foregoing unlawful acts recited in paragraphs 1-21, MEMORY

3   LANE has been irreparably harmed and will continue to suffer damage until an appropriate

4   injunction and damage award, including increased treble damages and attorneys' fees, are

5   imposed by this Court against defendants.

6   **Second Claim for Relief**

7   **(State Law Unfair Competition)**

8       23.    Defendants' acts, as set forth above in paragraphs 1-22 inclusive, constitute

9   unfair competition as defined in California Business and Professions Code § 17200, *et seq.*, all

10   to the damage of plaintiff as previously alleged.

11   **Third Claim for Relief**

12   **(Common Law Unfair Competition)**

13       24.    Plaintiff repeats and incorporates by reference the statements and allegations in

14   paragraphs 1 to 23 of the Complaint as though fully set forth herein.

15       25.    Defendants' acts, as set forth above, constitute unfair competition as defined

16   under California common law, all to the damage of plaintiff as previously alleged.

17   **PRAYER FOR RELIEF**

18       WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the

19   following:

20       A.    Defendants, their officers, agents, servants, employees, and attorneys, and all

21       persons in active concert or participation with any of them, be temporarily restrained,

22       and preliminarily and permanently enjoined from:

23           i.    infringing plaintiff's trademarks;

24           ii.    competing unfairly with plaintiff in any manner, including infringing any of

25               plaintiff's trademark rights; and

26           iii.    conspiring, encouraging, inducing, allowing, abetting, or assisting others in

27               performing any of the activities referred to in subparagraphs (i) - (ii) above.

28       B.    Defendants, its officers, agents, servants, employees, and attorneys, and all

persons in active concert or participation with any of them, deliver for destruction, or show proof of destruction of, any and all products, labels, signs, prints, packages, wrappers, receptacles, and advertisements, and any other materials in their possession or control that depict or reference any materials bearing plaintiff's trademarks or any other confusingly or substantially similar trademark and any materials or articles used for making or reproducing the same.

C.     Defendants file with the Court and serve on plaintiff, within 30 days after the entry and service on defendants of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendants have complied with the provisions of subparagraphs (A) and (B) above.

D.     MEMORY LANE recovers all damages it has sustained as a result of defendants' false designation of origin and unfair competition.

E.     Plaintiff be awarded defendants' profits, corrective advertising damages and enhanced damages.

F.     An accounting be directed to determine defendants' profits resulting from their infringement and unfair competition and that the profits be paid over to plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

G.     Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

H.     Plaintiffs recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

I.     Plaintiff be awarded punitive damages pursuant to, *inter alia*, California common law, Business and Professions Code § 14250, and any other relevant statute.

J.     Plaintiff receive all other relief the Court deems appropriate.

///
///
///
///
///

COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND OTHER RELIEF
DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: <u>June 22, 2011</u>                    MANDOUR & ASSOCIATES, APC


_____

Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for plaintiff,
MEMORY LANE, INC.

**EXHIBIT A**

EXHIBIT A



EXHIBIT A

**EXHIBIT B**

EXHIBIT B

ON 4/28/2011 11:26:48 AM THE FOLLOWING INFORMATION WAS SUBMITTED AT
MEMORYLANEINC.COM.

NAME = 

SUBMIT_BY =

PHONE =

ADDRESS =

CITY =

STATE =

ZIP =

MESSAGE = 4/28/2011 THIS MORNING I RECEIVED AN EMAIL FROM AMERICAN
EXPRESS FRAUD PROTECTION ALERT RE A $59.00 CHARGE AGAINST MY AMEX
CARD FROM YOUR COMPANY. I CALLED AMEX AND ADVISED THEM I HAD
NEVER AUTHORIZED SUCH A CHARGE. THEY HAVE REPUDIATED THE CHARGE
AND I AM DEMAND THAT YOU REMOVE MY NAME FROM YOUR DATA BASE. I
AM NOT INTERESTED IN MEMORY LANE INC.

EXHIBIT B

**EXHIBIT C**

EXHIBIT C

Memory Lane | Step back in time - Previously Classmates.com                    Page 1 of 2



http://www.classmates.com/                                                          6/10/2011

EXHIBIT C

Memory Lane | Step back in time - Previously Classmates.com                Page 2 of 2



**EXHIBIT D**

EXHIBIT D

Memory Lane | Step back in time - Previously Classmates.com                     Page 1 of 3



http://www.classmates.com/feature/sports                                        6/10/2011

EXHIBIT D

Memory Lane | Step back in time - Previously Classmates.com                    Page 2 of 3











Like 65K   Join us on Facebook   View Profiles   My Profile   Find Yearbooks   Who Visited

http://www.classmates.com/feature/sports                                       6/10/2011

EXHIBIT D

Memory Lane | Step back in time - Previously Classmates.com                    Page 3 of 3



Memory Lane Home   About Us   Careers   Help

About United Online   Advertisers   Investors   Terms of Service   Privacy Policy   Your California Privacy Rights

Copyright © 1995-2011 Memory Lane, Inc., d/b/a Classmates.com. All Rights Reserved.

Like 65K   Join us on Facebook     View Profiles      My Profile       Find Yearbooks      Who Visited

http://www.classmates.com/feature/sports                                    6/10/2011

EXHIBIT D

**EXHIBIT E**



## Talk San Pedro

Other Cities | New York | San Jose | Los Angeles | Chicago | Palo Alto | Oakland | More »

Search Talk in San Pedro                                    **Search**                                    New Conversation

**All Conversations**
a moment ago

Local Questions & Answers
15 minutes ago

Events
13 minutes ago

Food
35 minutes ago

Shopping & Products
18 minutes ago

Travel
27 minutes ago

Relationships & Dating
24 minutes ago

Humor & Offbeat
5 minutes ago

Entertainment & Pop Culture
a moment ago

Sports
54 minutes ago

News & Politics
28 minutes ago

Family & Parenting
6/20/2011

Yelper Shout-Outs
2 minutes ago

Site Questions & Updates
2 hours ago

Other
5 minutes ago

**Recent Conversations**

What are you listening to?
A a moment ago

BeautifulPeople .com Invaded By
30,000 Uglies
2 minutes ago

Who eats this shit?
5 minutes ago

how old our your van's?
5 minutes ago

Last one to post WINS!
5 minutes ago

You know your ghetto when?
6 minutes ago

Robbing the Cradle -- 51 year old
actor marries 16 year old girl in
Vegas ceremony
7 minutes ago

LA Word Association
12 minutes ago

Bridal Show and All Occasion
Event - Long Beach
13 minutes ago

Visiting Universal Studios
Hollywood on a weekday, is there
a neeed to get a line pass?
15 minutes ago

Motorola S10 or similar bluetooth

### Classmates.com / Memory Lane scam

Category: Other

Get email updates about this conversation                                                   Page Bottom ↓

Victor "Poogie" G. says:                                                                    5/14/2011

MEMORY LANE bought CLASSMATES and charged former members to renew their subscriptions without
authorization. Big scam. Check your bank statement. I was ripped off, was anyone else?

A "now with 10% more Dirka-Dirka" T. says:                                                   5/15/2011

Got tired of seeing so many ads...even though i was a gold member.
Site has had lots of errors, too.  Bad links and such.
have since ditched them and said i've died.

Wooly "El Calcetin Loco" S. says:                                                           5/15/2011

That company always has been spammy.  I would never give them a credit card number.

NANCY S. says:                                                                              6/1/2011

http://Classmates.com / Memory Lane scam

They charged my credit card after I removed it from their system.  I contacted my credit card company
and put the charge in dispute. The CC company said they are getting a lot of complaints against this
company.
This happened once before and I didn't go back for a couple of years.
Now I will never go back to http://classmates.com.

Rob A. says:                                                                    6/1/2011 from  Yelp for iPhone

Facebook came with a much better formula and business model than any of those pay for premium
sites.

Amy "Quiet Storm" B. says:                                                                  6/1/2011

Im surprised that sites like http://classmates.com are even still around with the popularity of facebook.
Why pay for a service when everyones on facebook anyways??

Rob A. says:                                                                    6/1/2011 from  Yelp for iPhone

Exactly - the only thing they had going for them was an easy was to group people by something
common, like high school class - but the downfall is, you have to pay to really see anything or anyone

David C. says:                                                                              6/3/2011

They just hit my card for $39.00! I have not had a paid membership with http://Classmates.com in
years! This company is taking everyone that ever had a Gold membership in the past and charging
their cards!!!!  No notification and no refund policy. As a matter of fact they say on their web site that if
you cancel your membership that voids any refund... but they don't issue one anyway. What a sad
bunch of scum these "people"  are..at memory lane. I know what memories I'll have of them. Can
anyone say "class-action" lawsuit? They are doing this to thousands of people.

Newton "Bam Suckal" P. says:                                                                6/3/2011

I think they are in financial trouble....

Nilda "Silent Storm" V. says:                                                               6/3/2011

Yes..I paid about $5 about 5 years ago. FB might be your better option.

Mike "G-Bone" S. says:                                                                      6/3/2011

if you paid for it to begin with, you've already been scammed (IMO of course)

Get email updates about this conversation                                  Flag conversation as inappropriate



headsets
*18 minutes ago*

Reply                                                                    Page Top ↑

What 80s song are you listening to?
*20 minutes ago*

Ladies Who Have IUD Experience
*21 minutes ago*

Good Place For 1st date?
*24 minutes ago*

San Francisco - SFO
*27 minutes ago*

Thai candidate for President... Yingluck Shinawatra
*28 minutes ago*

The So Cal Group, Inc.
*34 minutes ago*

Chinese 'Chinese' food on West Side of Los Angeles
*35 minutes ago*

Words With Friends
*39 minutes ago*

I Never Stop Falling Madly In Love.
*42 minutes ago*

See All Conversations

EXHIBIT E





**Recent Classmates Reviews**



**Billing fraud** — Anonymous
Want results. Call the CEO direct, really *** him off but I got my money back and gave him a piece of my mind, you can too. His name is Mark Goldston. Classmates parent company ...
#237679 — May 14, 2011

**Classmates.com ripoff** — Anonymous
Classmates.com charged me for a year's membership I did not authorize and refused to refund the $30. They are crooks. No wonder they changed their name to Memory Lane. Don&#...
#235806 — May 04, 2011

**Classmates.com... Took money from my checking account with no prior notice** — Barbara ...
Classmates.com took $39.00 from my checking account so I called the bank I do business with and they told me I would have to get in touch with Classmates to discuss a refund. When...
#220259 — Feb 07, 2011

**Classmates.com took $39 out of my account without authorization** — Ken Rehl...
Do not subscribe to Classmates.com. As you can see from the comments that this company takes money out of your account or makes charges that they are authorized to. I hope someon...
#219812 — Feb 04, 2011

**Classmates.com scammed me out of $39!** — Milehist...
Classmates.com charged my Visa $39 without authorization. I paid $9.99 for an introductory Gold membership, then was "auto-renewed" without any notice whatsoever. The saddest par...
#217300 — Jan 20, 2011

**MVQ Privacy Matters 123** — Anonymous
DO NOT sign up for Classmates.com. MVQ Privacy Matters 123 will start charging you atleast $23.95 a month for a service you don't even know you have! When you do start looking ...
#214891 — Jan 05, 2011

**Classemates** — Anonymous
This company needs to be stopped. They are ripping off people right & left. I signed up in 2009 for $10. for the Gold Membership and then in Oct 2010 they took $39.00 from a diffe...
#214431 — Jan 03, 2011

**Featured Complaints**

| Prudential Arizona Properties | Procura Ash | Jennifer Convertibles |
|---|---|---|
| Esurance | Std Carriers | Vo Group Llc |
| Thomasville Furniture | Michelles Bulldogs | Inspira Digital |
| Stevens Littman Biddeson | Intlpri | Gary Nelson Leavenworth |
| Sears | Anthony Sylvan | Petcarerx |
| Fedex | Professional Marketing International | House Of Brides |
| Ge Money Bank | Banfield Pet Hospital | Att |



**Your Ad Here**

**Hot Topics**

**Mercier Realty**
**Bankers Life And Casualty Company**
**Saumyas Shipping Company**
**Bidrack**
**Butler Patches**
**Snap Fitness**
**Natflix**
**More Complaints with comments ...**

**Categories**
Advertisments & Cons
Animals
Auto
Computers
Construction
Entertainment & Hobbies
Finances
Food and Restaurants
Government
Kids / Education
Media and Internet
Household Services
Professional Services
Health & Beauty
Shopping
Sport & Fitness
Transportation and Delivery

EXHIBIT E



EXHIBIT E

This is Google's cache of http://www.scaminformer.com/scam-report/classmatescom-memory-lane-memory-lane-classmatescom-c29595.html. It is a snapshot of the page as it appeared on Jun 3, 2011 02:11:06 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **memory lane fraud**

Text-only version

My Account

Search company or pro... **SEARCH**

classmates.com **memory lane Memory Lane** , Classmates.com Auto Billing scam, Internet Renton, Washington

26th of May, 2011 by User782332

### classmates.com **memory lane Memory Lane** , Classmates.com Auto Billing scam, Internet Renton, Washington

From: **classmates.com**

I joined classmates.com in May of 2009 with a membership of $19.95 so I could send emails to former classmates whose email address I didn't have. Last year they renewed my membership at $19.95.... No problem.... Now, for the last 3 days I have had a $39 charge hanging around my checking account and I had no knowledge of what it could be. Turned out it's the new and improved classmates.com called **Memory Lane**. Renewal to classmates.com jumped to $39 with no notification. I have cancelled my membership and vowed I'm reporting them to the Attorney General State of Washington and BBB.

Track this Report    1 Comment | Post a comment

## Comments

5 days ago by **NavChief**

They did the same thing to me and when I called them to express my displeasure they told me they would not take the charge off my credit card. I had already call Visa and disputed the charge. I also told them I was going to file a complaint with AG of WA and BBB. They then said they would remove the charge. Be sure to delete any credit card or other financial info from your profile, don't just click you want to be reminded when to renew. This is a scam that needs to be shut down. I was paying $10 a yr for classmates.com gold membership.

## Post your Comment

Confirmation Code  9 7 5 4 2

**Submit**

### File a Report
Are you a victim of scam company or individual?
Want justice? File a report now!

### Recently Updated Reports

1
quick finance scam delhi, Internet
yes me also... 127.00 down the drain...my last 100 in hopes of getting a 500 loan...then told me...

2
REMAX CENTRAL John & Ruth Ahlbrand **Fraud**, Real Estate,
This is an email I received recently in regard to my previous brokers; John & Ruth Ahlbrand of...

3
Have anyone been a victim of Ms. Terri Petty's,...
June 2nd still no money from Terri Petty and the project4freedom...tonight another call another...

4
Incomplete Window Installation and damage to my home
Do not hire Brad Wimett of Clear Choice Home Improvement in Syracuse, New York. He is a scammer!!

5
A.N.I. A young lady named Kendra Ailey came to our door...
I just encountered these people up in Spring Grove, IL. Fortunately for me, I was right in the...

6
Pair A Dice Stables Janeen Landram Janeen Day Landram,...
Janeen lies consistently about everything. It's never her fault or her son's fault for...

7
Arizona Tenant Advocates Ken Volk is a Criminal...
Good question. Contact the board of legal document preparers about him. Looks like they are...

8
Jefferson and henderson law firm Wants money, calling me...
Same thing just happen to me today June 2, 2011. This is a scam. Regarding your information, 1st...

9
Usa Supreme Technology Primetime Marketing Solutions Usa...
I too have been scammed by this company to the point of $10, 000. Since 2009 I have not made a...

10
Lincoln Hardship Relief LOAN MODIFICATION SCAM ARTIST,...
I am dealing with them now. I gave them $1400. I haven't heard anything from my lender. They...

### Random Reports

1
El Centro College, DCCCD Dallas Community College District...

2

EXHIBIT E

Florida Air Duct Cleaners Amiram Ohayon, RUN!!!..DO NOT...
I should have shown their technician the door right off the bat first you'll get some broken...

3

Maritza and Robert Bibby maritza.tara24@yahoo.com PET...

4

Safe National of America Shipping is Very Delayed Saint...
I hate procrastinators that's why I am beginning to hate Safe National America. What do they...

5

pppay.com AVOID! AVOID! RIP OFF FEES AND NON-EXISTENT...
Registered on their site for the first time and was charged for card confirmation. That's ok...

6

capital one credit card **FRAUD**, LIED,...
My husband and I have been with capital one for almost 10 years, we are small business owners and...

7

Suncoast Energys Stealing money from people by over...

8

Hiller Company Hiller Chrysler, Hiller Dodge, Hiller Jeep...

9

InetGiant.com www.adsubmitter.com All the negative reports...

10

EFAX.com EFax.com Scams, Internet

11

Stuart Vener, Timeshare Assistance INC Vener Stuart More...

12

Award Notification Commission ANC Very professional...
May 22 2011 received this in New Zealand, they must think the whole world is dumb, no way not me,...

13

Eternity Creek Winery --Bad Business in Tumon, Guam
This company is suspension of business now. It is because of the violation of a lot of laws.

14

top dj gear i order from top dj gear dj equipment they...

15

NCR-DVD PLAY 1.00 Movies turn into 16.00 NOW THAT'S...

16

Coinless laundry They machines took my money on my card...

17

E.M.C Marix servicing,Wells Fargo Bank Modification...

18

ADVANCED CHECK PROCESSING, LLC ACP Fast talkers, money...
I received a call at my workplace at 10:00 am. First I was put on hold by Angela. Then Anthony...

19

Corporex LLC CorporEX LLC Mystery Shopper Scam New York,...

20

Direct TV Refused to cancel my account without a $400+...
B I contacted Direct TV because of their advertisements which promised excellent reception,...

EXHIBIT E

© ScamInformer.com - Scam E-mail List | Updated Reports | Terms of Service | Privacy Policy | Contact Us

EXHIBIT E

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV11- 940 JST (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Joseph A. Mandour (SBN 188896)
Ben T. Lila (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 W. Bernardo Drive, Suite 400
San Diego, California, 92127
(858) 487-9300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY LANE, INC., a California Corporation<br><br><br>PLAINTIFF(S)<br><br>v.<br><br>CLASSMATES INTERNATIONAL, INC., Doing Business As CLASSMATES ONLINE, INC., *a DELAWARE CORPORATION; MEMORY LANE, INC. Doing BUSINESS AS CLASSMATES.COM, A WASHINGTON CORPORATION* DEFENDANT(S). | CASE NUMBER<br><br>**SACV 11-00940 JST (MLGx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Joseph A. Mandour_____, whose address is _Mandour & Associates, APC, 16870 W. Bernardo Dr., Ste. 400 San Diego, CA, 92127___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        Clerk, U.S. District Court

Dated: ___JUN 2 3 2011___           By: ___N. Boehme_____
                                            Deputy **SEAL**

                                            *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>MEMORY LANE, INC. | DEFENDANTS<br>CLASSMATES INTERNATIONAL, INC., Doing Business As CLASSMATES ONLINE, INC. and MEMORY LANE, INC., Doing Business As CLASSMATES.COM |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Mandour & Associates, APC, 16870 W. Bernardo Drive, Suite 400, San Diego, California 92127, (858) 487-9300 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125, False Designation of Origin and other related claims

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: _____   **SACV 11-00940 JST (MLGx)** _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County: Memory Lane, Inc. | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware: Classmates International, Inc. DBA Classmates Online, Inc. Washington: Memory Lane Inc., DBA Classmates.com |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County (all claims) | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved .

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ **Date** June 22, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |