| | |
|---|---|
| 1 | BROWNE GEORGE ROSS LLP<br>Keith J. Wesley (State Bar No. 229276) |
| 2 |   kwesley@bwgfirm.com<br>2121 Avenue of the Stars, Suite 2400 |
| 3 | Los Angeles, California 90067<br>Telephone: (310) 274-7100 |
| 4 | Facsimile: (310) 275-5697 |
| 5 | Attorneys for Plaintiff MEMORY LANE, INC. |
| 6 | |
| 7 | William J. Robinson (State Bar No. 83729)<br>  wrobinson@foley.com |
| 8 | Timothy T. Hsieh (State Bar No. 255953)<br>  thsieh@foley.com<br>FOLEY & LARDNER LLP |
| 9 | 555 South Flower Street Suite 3500<br>Los Angeles, California 90071 |
| 10 | Telephone: (213) 972-4500<br>Facsimile: (213) 486-0065 |
| 11 | |
| 12 | Craig S. Fochler (Admitted *Pro Hac Vice*)<br>  cfochler@foley.com |
| 13 | Charles R. Mandly, Jr. (Admitted *Pro Hac Vice*)<br>  cmandly@foley.com<br>FOLEY & LARDNER LLP |
| 14 | 321 North Clark Street Suite 2800<br>Chicago, Illinois 60654 |
| 15 | Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700 |
| 16 | |
| 17 | Attorneys for Defendants MEMORY LANE, INC.<br>d/b/a CLASSMATES and UNITED ONLINE INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEMORY LANE, INC., a California Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>CLASSMATES INTERNATIONAL, INC., Doing Business As CLASSMATES ONLINE, INC., a Delaware Corporation; MEMORY LANE, INC., Doing Business As CLASSMATES.COM, a Washington Corporation, and UNITED ONLINE, INC., a Delaware Corporation,<br><br>      Defendants. | Case No. SACV 11-00940 JST (MLGx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY**<br><br>The Hon. Marc L. Goldman |

295498.1

4818-0559-0542.1

1 | Pursuant to the Stipulated Protective Order between the parties, IT IS SO
2 | ORDERED.
3
4 | Dated: _February 21, 2012

By: __MARC L. GOLDMAN__
Hon. Marc L. Goldman
UNITED STATES MAGISTRATE JUDGE

295498.1

4818-0559-0542.1