UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-0940-JST (MLGx)                    Date:  January 10, 2013

Title:  Memory Lane, Inc. v. Classmates International, Inc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A PROPOSED FINAL PRETRIAL CONFERENCE ORDER**

       On November 22, 2011, the Court issued an Order on Jury Trial that ordered the parties to file a Proposed Final Pretrial Conference Order no later than eleven (11) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 32.) To date, the Court has not received a Proposed Final Pretrial Conference Order.

       Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter default, and/or issue sanctions for the failure to timely file the referenced trial document.  No later than **January 14, 2013, 12:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

Initials of Preparer:  enm