JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEMORY LANE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLASSMATES INTERNATIONAL, INC., Doing Business As CLASSMATES ONLINE, INC., a Delaware Corporation; MEMORY LANE, INC., Doing Business As CLASSMATES.COM, a Washington Corporation,<br><br>Defendants. | Case No. SACV 11-00940 JLS (RNBx)<br><br>**JUDGMENT**<br><br>Judge: Hon. Josephine L. Staton |

1    This matter was tried before a jury, commencing on February 11, 2014.  On
2 February 19, 2014, the jury returned its special verdict.  In accordance with the
3 verdict so rendered by the jury in this matter, judgment is hereby entered against
4 Plaintiff Memory Lane, Inc. and in favor of Defendants Classmates, Inc. and United
5 Online, Inc.  Plaintiff shall take nothing from its complaint.  The Clerk shall tax
6 costs in favor of the Defendants.

9    DATED: February 25, 2014        _____
10                                    JOSEPHINE L. STATON
11                                    UNITED STATES DISTRICT JUDGE