**It's Your Serve**

134 N. LaSalle Street #750
Chicago, IL  60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 10/8/2012 | 1209815 |

| BILL TO |
|---|
| Foley & Lardner LLP<br>321 N. Clark St. #2800<br>Chicago, IL 60654-5313<br>Attn: Dan |

| TITLE & CASE# |
|---|
| Memory Lane vs.<br>Classmates International<br>11 0940 |

| CLIENT # | TERMS |
|---|---|
| 037079-9021 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/27/2012 | out of state | RUSH Service to ML Products LLc - 1029 Indian Rocks Rd. South - Largo, FL | 195.00 |
| 9/27/2012 | adv fee | Advanced witness fee | 67.50 |

PAST DUE

| | Total | $262.50 |
|---|---|---|

**It's Your Serve**

134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|------|----------|
| 10/10/2012 | 1209820 |

| BILL TO |
|---------|
| Foley & Lardner LLP<br>321 N. Clark St. #2800<br>Chicago, IL 60654-5313<br>Attn: Dan Brown |

| TITLE & CASE# |
|---------------|
| Memory Lane vs.<br>Classmates International<br>11 0940 |

| CLIENT # | TERMS |
|----------|-------|
| 037079-9021 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|------|---------|-------------|--------|
| 9/29/2012 | out of state | RUSH Service to Lawrence Levine - 8740 Azalea Ct., Tamarac, FL | 195.00 |
| 9/29/2012 | adv fee | Advanced witness fee for Lawrence Levine | 84.00 |
| 9/29/2012 | out of state | RUSH Service to Memory Lane Sports, LLC - same address as above | 25.00 |
| 9/29/2012 | adv fee | Advanced witness fee for Memory Lane Sports, LLC | 84.00 |

PAST DUE

| | Total | $388.00 |
|--|-------|---------|



# First Legal Network LLC

**P.O. BOX 844250 LOS ANGELES, CA 90084-4250**

TAX ID# 27-3093840

# INVOICE

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 179139 | 81308 |
| INVOICE DATE | AMOUNT DUE |
| 1/15/13 | 6,349.43 |

FOLEY & LARDNER LLP (L)
555 SOUTH FLOWER STREET
SUITE 3500
LOS ANGELES, CA 90071-2411

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2611
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | AMOUNT DUE | # |
|---|---|---|---|---|
| 81308 | 179139 | 1/15/13 | 6,349.43 | 4 |

Signed: DEL (JST)  . . . . .

| DATE | ORDER NO. | TYP | | | | |
|---|---|---|---|---|---|---|
| 1/07/13 | 5446932 | BSP | Signed: DEL (JST) | | Base Chg : 127.50 | 183.98 |
| PROCESS-BRANCH IMMEDIATE | | | FOLEY & LARDNER LLP (L)<br>555 SOUTH FLOWER STREET<br>LOS ANGELES   CA 90071-2411<br>Caller: ROBINSON/Ana<br>11-SACV-00940 JST<br>MEMORY LANE v CLASSMATES<br>SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL<br>PLEASE SERVE ASAP<br>Signed: Personal | JONATHAN P. COHEN<br>12831 NEWPORT AVENUE<br>TUSTIN      CA 92780<br><br><br><br><br>Ref: 037079-9021 | Fuel Chge : 11.48<br>Adv/Wit Ck: 45.00 | |
| 1/10/13 | 5450248 | POP | FOLEY & LARDNER LLP (L) | NBDC-SBATT INC | | |



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 183367 | 81308 |
| Invoice Date | Total Due |
| 1/15/13 | 3,091.24 |

FOLEY & LARDNER LLP(L)
555 SOUTH FLOWER STREET
SUITE 3500
LOS ANGELES, CA 90071-2411

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Pence Ending | Amount Due | Page |
|---|---|---|---|---|
| 81308 | 183367 | 1/15/13 | 3,091.24 | 4 |

| Date | Ordr No. | Svc | Service Details | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/13/13 PROCESS-SAME DAY | 5504028 | APS | FOLEY & LARDNER LLP(L) 555 SOUTH FLOWER STREET LOS ANGELES     CA 90071-2411 Caller: ROBINSON/Paul T. 11-SACV-00940 JST MEMORY LANE v CLASSMATES SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION PLEASE SERVE TODAY Signed: DIANE TOROSYAN, ASST | DR. DAVE W STEWART 1 LMU DRIVE WESTCHESTER     CA 90045 Comment: 2nd address Ref: 037079-9021 | Base Chg : 107.50 Atmpt/Addr: 107.50 Fuel Chge : 19.36 Adv/Wit Ck: 40.00 | 274.36 |
| 3/13/13 PROCESS-SAME DAY | 5504034 | APS | FOLEY & LARDNER LLP(L) 555 SOUTH FLOWER STREET LOS ANGELES     CA 90071-2411 Caller: ROBINSON/Paul T. 11-SACV-00940 JST MEMORY LANE v CLASSMATES SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION PLEASE SERVE TODAY Signed: DIANE TOROSYAN, ASST | DR. ROBERT W WUNDERLICH 350 S GRAND AVENUE LOS ANGELES     CA 90071 Comment: 2nd add Rel. Proc. Ref: 037079-9021 | Base Chg : 82.25 Atmpt/Addr: 35.00 Fuel Chge : 7.40 Adv/Wit Ck: 41.00 | 165.65 |

Total Charges for Ref - 037079-9021:     440.01

## INVOICE PAYMENT DUE UPON RECEIPT

◄ LOAD THIS DIRECTION, THIS SIDE UP

WESTERN UNION MONEY ORDER

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

NOT GOOD OVER $500

PAY EXACTLY

FIFTY-FIVE DOLLARS AND FIFTY CENTS

PAY TO THE
ORDER OF Marc Schwartz

Foley & Lardner, Suite Module Madison Street, Chicago, IL

$ 54.50

14-317663356

PAYMENT FOR/ACCT. #

⑂02⑂004000⑂ ⑂04⑂317663356⑂

MONEY ORDER RECEIPT - NON NEGOTIABLE

**14317663356**

◄ LOAD THIS DIRECTION, THIS SIDE UP

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20140017

## MAKE CHECKS PAYABLE TO:

William J. Robinson
Foley & Lardner, LLP-California
555 South Flower Street
Suite 3500
Los Angeles, CA 90071

Phone:   (213) 972-4500

DEBORAH D. PARKER, CSR 10342
Federal Official Court Reporter
411 West Fourth Street
Suite 1-053
Santa Ana, CA 92701-4516

Phone:     (657) 229-4305

Tax ID:
*transcripts@aap.com*

| | CRIMINAL | X CIVIL | DATE ORDERED: 02-13-2014 | DATE DELIVERED: 02-17-2014 |
|---|---|---|---|---|

**Case Style:** SACV 11-0940-JLS, Memory Lane, Inc. v Classmates International, Inc.

Transcript of Proceedings: Tuesday, February 11, 2014 through Friday, February 14, 2014, Pages 1 through 705 Daily, Hard Copy, PDF and ASCII 705 PGS, Split Costs.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | 705 | 0.90 | 634.50 | 634.50 |
| Daily | 705 | 7.26 | 5,118.30 | 705 | 1.20 | 846.00 | 705 | 0.90 | 634.50 | 6,598.80 |
| Hourly | | | | 705 | 1.20 | 846.00 | 705 | 0.90 | 634.50 | 1,480.50 |
| Realtime | | | | | | | | | | |

| Misc. Desc. Split 1/2 Costs with Browne George Ross, LLP | MISC. CHARGES: | 4,356.90 |
|---|---|---|
| | TOTAL: | 4,356.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 1361525      Deposit Date: 02-11-2014** | LESS AMOUNT OF DEPOSIT: | 2,500.00 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,856.90 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20140019

### MAKE CHECKS PAYABLE TO:

William J. Robinson
Foley & Lardner, LLP-California
555 South Flower Street
Suite 3500
Los Angeles, CA 90071

Phone: (213) 972-4500

DEBORAH D. PARKER, CSR 10342
Federal Official Court Reporter
411 West Fourth Street
Suite 1-053
Santa Ana, CA 92701-4516

Phone: (657) 229-4305

Tax ID:
*transcripts@ddp.com*

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 02-17-2014 | DATE DELIVERED: |
|---|---|---|

**Case Style:** SACV 11-0940-JLS, Memory Lane, Inc. v Classmates International, Inc.

Transcript of Proceedings: Tuesday, February 18, 2014 through Wednesday, February 19, 2014, Pages 707 through 1002 Daily, Hard Copy, PDF and ASCII 295PGS, Split Costs.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | 295 | 0.90 | 265.50 | 265.50 |
| Daily | 295 | 7.26 | 2,141.70 | 295 | 1.20 | 354.00 | 295 | 0.90 | 265.50 | 2,761.20 |
| Hourly | | | | 295 | 1.20 | 354.00 | 295 | 0.90 | 265.50 | 619.50 |
| Realtime | | | | | | | | | | |

| Misc. Desc. Split 1/2 Costs with | MISC. CHARGES: | 1,823.10 |
|---|---|---|
| | TOTAL: | 1,823.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,823.10 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/21/2012
INVOICE # 090612-305247

Bill To:       Charles Mandly Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

| | |
|---|---|
| CASE: | Memory Lane v. Classmates International |
| WITNESS: | Frederic Alport Randall, Jr. |
| DATE: | 9/6/2012 |
| LOCATION: | Costa Mesa, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 266 | $3.25 | $864.50 |
| Certified Transcript - Evening Pages | 21 | $1.25 | $26.25 |
| Rough ASCII | 266 | $1.50 | $399.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 769 | $0.40 | $307.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 72 | $1.50 | $108.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,705.35 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,735.35 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** - - - - - - -

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/5/2012
**INVOICE #** 092012-305776

**Bill To:** Charles Mandly Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

**CASE:** Memory Lane v. Classmates International
**WITNESS:** Memory Lane - Abani B. Heller
**DATE:** 9/20/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 253 | $3.25 | $822.25 |
| Rough ASCII | 253 | $1.50 | $379.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 75 | $0.25 | $18.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,220.50 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,270.50 |

**Please make all checks payable to: TSG Reporting, Inc.     Federal ID #**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1 5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/17/2012
**INVOICE #** 092112-306166

**Bill To:**
Charles Mandly Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

**CASE:** Memory Lane v. Classmates International
**WITNESS:** John Heffernan
**DATE:** 9/21/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 173 | $3.25 | $562.25 |
| Rough ASCII | 173 | $1.50 | $259.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 12 | $0.25 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $824.75 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $849.75 |

### Please make all checks payable to: TSG Reporting, Inc.        Federal ID #

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/29/2012
INVOICE # 100512-306556

**Bill To:**
Charles Mandly Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

**CASE:** Memory Lane v. Classmates International
**WITNESS:** Mark Goldston
**DATE:** 10/5/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 293 | $3.25 | $952.25 |
| Rough ASCII | 293 | $1.50 | $439.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 102 | $0.40 | $40.80 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 31 | $1.50 | $46.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,479.05 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $1,539.05 |

**Please make all checks payable to: TSG Reporting, Inc.      Federal ID #**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# Veritext Chicago Reporting Company



1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: ?

| Bill To: | Charles R. Mandly, Jr., Esq | | |
|---|---|---|---|
| | Foley & Lardner LLP | **Invoice #:** | CHI1600431 |
| | 321 N. Clark St. | **Invoice Date:** | 10/30/2012 |
| | Suite 2800 | **Balance Due:** | $0.00 |
| | Chicago, IL, 60654-5313 | | |

| | |
|---|---|
| **Case:** | Memory Lane, Inc. v. Classmates International |
| **Job #:** | 1535231 | Job Date: 10/11/2012 | Delivery: Normal |
| **Billing Atty:** | Charles R. Mandly, Jr., Esq |
| **Location:** | Holiday Inn |
| | 5655 Greenwich Rd. | Virginia Beach, VA 23462 |
| **Sched Atty:** | Jaclyne D. Wallace, Esq. | Foley & Lardner LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript | Page | 61.00 | $5.35 | $326.35 |
| | Attendance Fee | Hour | 2.00 | $60.00 | $120.00 |
| Marc Schwartz | Rough Draft | Page | 44.00 | $1.80 | $79.20 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $587.55 |
| | | **Payment:** | ($587.55) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

49257

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CHI1600431 |
| **Job #:** | 1535231 |
| **Invoice Date:** | 10/30/2012 |
| **Balance:** | $0.00 |



# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087 Fax. 312.442.9095

| Bill To: | Charles R. Mandly, Jr., Esq | | |
| | Foley & Lardner | Invoice #: | CHI1595752 |
| | 321 North Clark Street | Invoice Date: | 10/30/2012 |
| | Suite 2800 | Balance Due: | $3,001.85 |
| | Chicago, IL 60654 | Agency# : | 1533088 |

| | | Ref No. |
| --- | --- | --- |
| **Case:** | Memory Lane, Inc. v. Classmates International | |
| **Job #:** | 1533064 \| Job Date: 10/8/2012 \| Delivery: Normal | |
| **Billing Atty:** | Charles R. Mandly, Jr., Esq | |
| **Location:** | Foley & Lardner | |
| | 555 South Flower Street \| Suite 3500 \| Los Angeles, CA | |
| **Sched Atty:** | Charles R. Mandly, Jr., Esq \| Foley & Lardner LLP | |
| **Depo Atty:** | Charles R. Mandly, Jr., Esq. | |

| Jonathan Phillip Cohen | Attendance Fee | Hour | 7.50 | $60.00 | $450.00 |
| --- | --- | --- | --- | --- | --- |
| | Surcharge - Extended Hours | Hour | 1.00 | $90.00 | $90.00 |
| | Original Transcript | Page | 348.00 | $5.60 | $1,948.80 |
| | Rough Draft | Page | 287.00 | $1.65 | $473.55 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| **Notes:** | | | | Invoice Total: | $3,001.85 |
| | | | | Payment: | |
| | | | | Credit: | |
| | | | | Interest: | $0.00 |
| | Term: Net 30 | | | Balance Due: | $3,001.85 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

| Make check payable to: **Veritext** | Invoice #: | CHI1595752 |
| --- | --- | --- |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | Job/Confirmation No #: | 1533064 |
| | Invoice Date: | 10/30/2012 |
| | Balance : | $3,001.85 |

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/servicesite



# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087 Fax. 312.442.9095

Bill To: Charles R. Mandly, Jr., Esq
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60654

| | |
|---|---|
| Invoice #: | CHI1600423 |
| Invoice Date: | 10/30/2012 |
| Balance Due: | $682.40 |
| Agency# : | 1535621 |

| | | Ref No. |
|---|---|---|
| Case: | Memory Lane, Inc. v. Classmates International | |
| Job #: | 1535224 | Job Date: 10/9/2012 | Delivery: Normal | |
| Billing Atty: | Charles R. Mandly, Jr., Esq | |
| Location: | Foley & Lardner LLP | |
| | 100 North Tampa Street | Suite 2700 | Tampa, FL 33602 | |
| Sched Atty: | Charles R. Mandly, Jr., Esq | Foley & Lardner LLP | |
| Depo Atty: | Charles R. Mandly, Jr., Esq. | |

| Art Dahlberg | | | | | |
|---|---|---|---|---|---|
| | Attendance Fee | Hour | 2.00 | $60.00 | $120.00 |
| | Original Transcript | Page | 68.00 | $5.60 | $380.80 |
| | Rough Draft | Page | 52.00 | $2.30 | $119.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

| Notes: | | | Invoice Total: | $682.40 |
|---|---|---|---|---|
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| | Term: Net 30 | | Balance Due: | $682.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

| Make check payable to: **Veritext** | | |
|---|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | | |
| | | |
| Credit Card # | | Exp. Date |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | | |

| | |
|---|---|
| Invoice #: | CHI1600423 |
| Job/Confirmation No #: | 1535224 |
| Invoice Date: | 10/30/2012 |
| Balance : | $682.40 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# Veritext Chicago Reporting Company

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Charles R. Mandly, Jr., Esq | **Invoice #:** | CHI1600864 |
| Foley & Lardner LLP | **Invoice Date:** | 10/31/2012 |
| 321 N. Clark St. | **Balance Due:** | $0.00 |
| Suite 2800 | **Agency #:** | 1535324 |
| Chicago, IL, 60654-5313 | | |

| | |
|---|---|
| **Case:** | Memory Lane, Inc. v. Classmates International |
| **Job #:** | 1535227 \| Job Date: 10/15/2012 \| Delivery: Normal |
| **Billing Atty:** | Charles R. Mandly, Jr., Esq |
| **Location:** | Veritext Ft. Lauderdale |
| | 1 E. Broward Blvd. \| Suite 1101 \| Ft. Lauderdale, FL 33301 |
| **Sched Atty:** | Charles R. Mandly, Jr., Esq \| Foley & Lardner LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript | Page | 124.00 | $5.60 | $694.40 |
| | Attendance Fee | Hour | 4.50 | $60.00 | $270.00 |
| Lawrence Levine | Rough Draft | Page | 108.00 | $2.30 | $248.40 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,274.80 |
| | **Payment:** | ($1,274.80) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information.

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

49257

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CHI1600864 |
| **Job #:** | 1535227 |
| **Invoice Date:** | 10/31/2012 |
| **Balance:** | $0.00 |



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/31/2012
INVOICE # 101212-306989

Bill To:
Charles Mandly Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

CASE: Memory Lane v. Classmates International
WITNESS: Tara L. McGuane
DATE: 10/12/2012
LOCATION: Seattle, WA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 100 | $3.25 | $325.00 |
| Rough ASCII | 100 | $1.50 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 139 | $0.40 | $55.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $530.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $580.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID** ｜

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087 Fax. 312.442.9095

**Bill To:** Charles R. Mandly, Jr., Esq
Foley & Lardner LLP
321 N Clark St.
Suite 2800
Chicago, IL 60654-5313

| | |
|---|---|
| **Invoice #:** | CHI1718773 |
| **Invoice Date:** | 04/02/2013 |
| **Balance Due:** | $2,787.30 |
| **Agency# :** | 1630043 |

| | |
|---|---|
| **Case:** | Memory Lane, Inc. v. Classmates International |
| **Job #:** | 1629933 \| Job Date: 3/19/2013 \| Delivery: Normal |
| **Billing Atty:** | Charles R. Mandly, Jr., Esq |
| **Location:** | Foley & Lardner |
| | 555 South Flower Street \| Suite 3500 \| Los Angeles, CA |
| **Sched Atty:** | Charles R. Mandly, Jr., Esq \| Foley & Lardner LLP |
| **Depo Atty:** | Charles R. Mandly, Jr., Esq |

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Robert W. Wunderlich | Original Transcript | Page | 305.00 | $5.60 | $1,708.00 |
| | Attendance Fee | Hour | 9.00 | $60.00 | $540.00 |
| | Rough Draft | Page | 262.00 | $1.65 | $432.30 |
| | Surcharge - Extended Hours | Hour | 0.50 | $90.00 | $45.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

**Notes:** Overtime rate applied after 6:00pm.

| | |
|---|---|
| **Invoice Total:** | $2,787.30 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,787.30 |

Fed. Tax ID:       Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CHI1718773 |
| **Job #:** | 1629933 |
| **Invoice Date:** | 04/02/2013 |
| **Balance :** | $2,787.30 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/service-info

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

| | |
|---|---|
| **Bill To:** Charles R. Mandly, Jr., Esq<br>Foley & Lardner LLP<br>321 N Clark St.<br>Suite 2800<br>Chicago, IL 60654-5313 | **Invoice #:** CHI1719841<br>**Invoice Date:** 04/03/2013<br>**Balance Due:** $936.65<br>**Agency# :** 1630044 |

**Case:** Memory Lane, Inc. v. Classmates International
**Job #:** 1629940 | Job Date: 3/22/2013 | Delivery: Normal
**Billing Atty:** Charles R. Mandly, Jr., Esq
**Location:** Foley & Lardner
555 South Flower Street | Suite 3500 | Los Angeles, CA
**Sched Atty:** Charles R. Mandly, Jr., Esq | Foley & Lardner LLP
**Depo Atty:** Charles R. Mandly, Jr., Esq

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| David Stewart | Original Transcript | Page | 99.00 | $5.60 | $554.40 |
| | Attendance Fee | Hour | 3.00 | $60.00 | $180.00 |
| | Rough Draft | Page | 85.00 | $1.65 | $140.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $936.65 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $936.65 |

| Fed. Tax ID: | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____  _____
Credit Card #                              Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** CHI1719841
**Job #:** 1629940
**Invoice Date:** 04/03/2013
**Balance :** $936.65

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/service.info



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2013
**INVOICE #** 041913-120878

Bill To:
Charles Mandly Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

**CASE:** Memory Lane v. Classmates International
**WITNESS:** Jeffrey S. Andrien
**DATE:** 4/19/2013
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 216 | $3.25 | $702.00 |
| Rough ASCII | 216 | $1.50 | $324.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 184 | $0.25 | $46.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,072.00 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,122.00 |

Please make all checks payable to: **TSG Reporting, Inc.**  **Federal ID**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Invoice

David W. Stewart, Ph, D.
EIN 93-0953281
13031 Villosa Pl, # 121
Playa Vista, CA 90094

| Date | Invoice No. |
|------|-------------|
| 04/06/13 | MemoryLane3 |

**Bill To**

Keith Wesley
Browne George Ross LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067

| Project | Terms |
|---------|-------|
| MemoryLane | Due on receipt |

| Date | Item | Description | Qty | Rate | Amount |
|------|------|-------------|-----|------|--------|
| 03/22/13 | Testimony | Deposition Testimony | 3 | 600.00 | 1,800.00 |
| | | | | **Total** | **$1,800.00** |

**CHARLES R MANDLY, JR.**
**SARA BIRO**
4 REDFIELD MEWS
LONDON SW5 ORH
UNITED KINGDOM

$\frac{2\text{-}8}{7\text{-}8}$ 01

5368

DATE  6 Dec. 2012

PAY TO THE
ORDER OF  Internet Archive                                    $ 1370.00

one thousand, three hundred, seventy & no cents  DOLLARS

THE NORTHERN TRUST COMPANY

NORTHERN TRUST ANCHOR ACCOUNT

Northern Trust
037079-9021

MEMO  Memory Lane Exhibit                    Chl R Mandly Jr

⑈071000152⑈ 00006449781⑈ 05368

# PTO Credit Card Transaction Detail

## Elite Information

Elite Index:   23199382        Timekeeper:   Charles R. Mandly, Jr.                Amount:   $90.00

Posted Date:   11/28/2012      Billed Date:   12/12/2012

Client:   037079     UNITED ONLINE INC.

Matter:   037079-9021   MEMORY LANE INC. V. MEMORY LANE

Notes:

## Credit Card Information

Credit Card #                                    Cardholder:   CHARLES R MANDLY

Reference Number:   24445002334600269529494       Patent/Trademark ID #:   7389597

Transaction Date:   11/28/2012        Posting Date::   11/29/2012            Amount:   $90.00

Committed:   11/30/2012             Reconciled:   1/4/2013

Dennemeyer ID:   0              0      Dennemeyer Matter:   0

Notes:

Profile Information:   PTO Reference:   7389597          Foley Reference:   037079-9021 COPY FEE

## PTO Authorization System Information

Transaction ID#:   118604          Transaction Date:   11/28/2012   Amount:   $90.00

Card Number:                       Transaction Code:   JROJGG        Dennemeyer Matter:

Office:   Chicago                  Exported to Elite:   11/29/2012   Dennemeyer ID:

Entered by:   Jean Olsen

Type of Filing:   fee for obtaining certified copies of US registrations for the mark MEMORY LANE

Description:   MEMORY LANE INC. V. MEMORY LANE



# First Legal Network LLC
## P.O. BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

# INVOICE

| INVOICE NO. | ACCOUNT NO. |
|---|---|
| 178291 | 81308 |
| INVOICE DATE | AMOUNT DUE |
| 12/31/12 | 5,879.97 |

FOLEY & LARDNER LLP(L)
555 SOUTH FLOWER STREET
SUITE 3500
LOS ANGELES, CA 90071-2411

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Outstanding | Amount Due | Pg |
|---|---|---|---|---|
| 81308 | 178291 | 12/31/12 | 5,879.97 | 4 |

| Date | Job No. | Srv | Caller/Job | | Charge | Total |
|---|---|---|---|---|---|---|
| 12/21/12 | 5437305 | SPF RET | FOLEY & LARDNER LLP(L) 555 SOUTH FLOWER STREET LOS ANGELES CA 90071-2411 | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA CA 92701 | Base Chg : 135.00 Fuel Chge : 12.15 | 147.15 |
| FILING-SPECIAL VEHICLE | | | Caller: ROBINSON/Regina 11-SACV-0940 JST MEMORY LANE v CLASSMATES INT'L APPLIC TO FILE UNDER SEAL;DECLAR;PROP'D ORDER;EXHIBIT 2 FILE/CONFORM/POUCH Signed: lodged/pch | Ref: 037079-9021 | | |
| 12/21/12 | 5437678 | PDF | FOLEY & LARDNER LLP(L) 555 SOUTH FLOWER STREET LOS ANGELES CA 90071-2411 | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA CA 92701 | Base Chg : 25.00 Wait : 26.80 Ship/PDF : 1915.00 | 1,966.80 |
| PDF COURTESY DELIVERY | | | Caller: ROBINSON/Paul T. Wait: 40 Min 11-SACV-00940 JST MEMORY LANE v CLASSMATES COURTESY COPIES: MOTIONs IN LIMINE DEL BY NOON , 12/24 Signed: del(jst) | Ref: 037079-9021 | | |

Copying charges       $ 57.15
Jury Instruction Copies for jury

*Jury Instruction*

MY OFFICE
310 W. THIRD ST.
SANTA ANA, CA 92701

TERMINAL ID:        *Copies*        081707900
MERCHANT #:                         08088081

EOS
#xxxxxxxxxxxxx9242
DR: 9242
DEBIT
BATCH: 001030        INVOICE: 030788010
DATE: FEB 19, 14        TIME: 09151
SQ: 001              AUTH NO: 232593

TOTAL                 $57.15

SIGNATURE NOT REQUIRED
        CUSTOMER COPY

B & W Copies T1              $52.92
TAX1                         $4.23
TOTAL                        $57.15
CR.CARD                      $57.15
CLERK 2          000001    00001



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/11/2012 | 80010460 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| Foley & Lardner LLP<br>Attn: Dan Brown<br>321 N. Clark, Suite 2800<br>Chicago, IL 60610 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| | RMR | Net 30 | 1/6/2012 | 1201-047 | Memory Lane 037079-9021 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 2,305 | 0.12 | 276.60 |
| OCR Conversion | 2,305 | 0.03 | 69.15 |
| CD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| TIFF000001 to TIFF002305 | | | |
| | | | |
| Volume: | | | |
| TIFF_001 | | | |

| | |
|---|---|
| **Total** | $370.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $370.75 |

 A D V A N C E D
D I S C O V E R Y

**Remit to:**
**P.O. Box 415018**
**Kansas City, MO 64141-0518**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2012 | B50242 |

| Tax ID · |
|----------|

*Orange County ~ Chicago ~ Los Angeles ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Foley & Lardner LLP<br>321 N. Clark<br>Suite 2800<br>Chicago, IL 60654 | Foley & Lardner LLP<br>321 N. Clark<br>Suite 2800<br>Chicago, IL 60654 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| CHI003624 | Net 30 | 5/30/2012 | *MGMJ | Memory Lane | Memory Lane | Michael Cichy |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | ***Collections*** | | |
| 5.66 | Native File Processing; includes metadata and text extraction with native file links - Volume: AD-MLESI_04232012 Range: AD-MLESI 0000001 - AD-MLESI 0006313; Volume: AD-MLESI_04292012; Docids: AD-MLESI 0006314 - AD-MLESI 0006422 | 250.00 | 1,415.00 |
| 243.793 | EDD: Data Reduction & Filtering - Includes unpacking container files, indexing, deNISTing, deduping, keyword filtering, extension exclusion and/or file type and date range filtering | 75.00 | 18,284.48 |
| 75,311 | EDD - OCR (Optical Character Recognition) | 0.03 | 2,259.33T |
| 43.9 | Forensic Services - Data Preparation, Reporting, Carving and Extraction | 350.00 | 15,365.00 |
| 11.7 | Forensic Services - Data Collection | 350.00 | 4,095.00 |
| 4.1 | Forensic Services - Phone Meetings | 350.00 | 1,435.00 |
| 11 | Hard Drive | 100.00 | 1,100.00T |
| 1 | Shipping | 258.10 | 258.10 |
| | Matter: Memory Lane<br>Foley code: 022918-0122<br>Responsible/Billing Attorney : Charles R. Mandly Jr. - Foley-Chicago<br><br>Thank you! | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | $44,211.91 |
| **Sales Tax  (0.00)** | $0.00 |
| **Invoice Total** | $44,211.91 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $44,211.91 |



**Remit to:**
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2012 | B53327 |

| Tax ID · | |

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---|---|
| Foley & Lardner LLP<br>321 N. Clark<br>Suite 2800<br>Chicago, IL 60654 | Foley & Lardner LLP<br>321 N. Clark<br>Suite 2800<br>Chicago, IL 60654 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| CHI003780 | Net 30 | 6/30/2012 | *MGMJ | Memory Lane | Memory Lane | Michael Cichy |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | ***Processing***<br>Seattle and LA Collections | | |
| 2.409 | EDD: Full Tiff Conversion - metadata/text/native hyperlink/image (Per GB) - 1696 files requested for tifling. Exported in two parts 20120507_TIFF and 20120507_TIFF_2. Docs suffixed after the BEG_CTRL. | 500.00 | 1,204.50 |
| 2.43 | EDD: Native File Processing-metadata/text/native hyperlink (Per GB) - AD-MLESI_05032012; AD-MLESI 0006423-AD-MLESI 0009389; AD-MLESI 0009441- AD-MLESI 0009441 | 250.00 | 607.50 |
| 249.5 | Data Reduction & Filtering (Per GB) - Includes unpacking container files, indexing, deNISTing, deduping, keyword filtering, extension exclusion and/or file type and date range filtering | 75.00 | 18,712.50 |
| 4.6 | Forensic Services - Data Reporting / Documentation | 300.00 | 1,380.00 |
| 2 | Hard Drive | 175.00 | 350.00T |
| 16,554 | EDD - OCR (Optical Character Recognition) | 0.03 | 496.62T |
| 2 | EDD - Technical Time (per hour) - Tech time to import the natives to gather track changes/detect hidden to create an overlay | 150.00 | 300.00 |
| 4 | EDD - Technical Time (per hour) - Manual tifling Excel files | 150.00 | 600.00 |
| 8 | EDD - DVD Creation - AD-MLESI0503; AD-MLESI0508; AD-MLESI0513; 20120507_TIFF; 20120507_TIFF_2; 20120508_TIFF; 20120509_TIFF; 20120515_TIFF<br><br>Matter: Memory Lane<br>Foley code: 022918-0122<br>Responsible/Billing Attorney : Charles R. Mandly Jr. - Foley-Chicago | 30.00 | 240.00T |

It's a pleasure working with you!

**Signature:**

| | |
|---|---|
| **Subtotal** | $23,891.12 |
| **Sales Tax  (0.00)** | $0.00 |
| **Invoice Total** | $23,891.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $23,891.12 |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.



# Invoice

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Date | Invoice # |
|------|-----------|
| 10/2/2012 | 80013693 |

| Bill To |
|---------|
| Foley & Lardner LLP<br>Attn: Charles Mandly<br>321 N. Clark, Suite 2800<br>Chicago, IL 60610 |

*E-SPr Department*

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
|  | RMR | Net 30 | 9/27/2012 | 1209-316 | Memory Lane 037079-9021 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 107 | 0.12 | 12.84 |
| Color Imaging | 66 | 0.35 | 23.10 |
| CD Creation | 1 | 25.00 | 25.00 |
|  |  |  |  |
| Bates Range: |  |  |  |
| ML001734 to ML001907 w/Gap |  |  |  |
|  |  |  |  |
| Volume: |  |  |  |
| ML_001 |  |  |  |

| Total | $60.94 |
|-------|--------|
| Payments/Credits | $0.00 |
| Balance Due | $60.94 |



# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2012 | 80013927 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

**Bill To**

Foley & Lardner LLP
Attn: Dan Brown
321 N. Clark, Suite 2800
Chicago, IL 60610

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---|---|---|---|---|---|
| | RMR | Net 30 | 10/17/2012 | 1210-185 | Memory Lane 037079-9021 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| B&W Imaging | 349 | 0.15 | 52.35 |
| Color Imaging | 427 | 0.35 | 149.45 |
| OCR Conversion | 776 | 0.03 | 23.28 |
| B&W Blowbacks | 776 | 0.07 | 54.32 |
| CD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| TIFF5000001 to TIFF5000776 | | | |
| | | | |
| Volume: | | | |
| TIFF5_001 | | | |

| | |
|---|---|
| **Total** | $304.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $304.40 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2012 | 80013986 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| Foley & Lardner LLP
Attn: Dan Brown
321 N. Clark, Suite 2800
Chicago, IL 60610 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
|  | RMR | Net 30 | 10/30/2012 | 1210-296 | Memory Lane 037079-9021 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Full Process (per MB) | 163 | 0.70 | 114.10 |
| DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| TIFF6000001 to TIFF6002197 | | | |
| | | | |
| Volume: | | | |
| TIFF6_001 | | | |

| | |
|-------|-------|
| **Total** | $139.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $139.10 |



**SmartSource**
COMPUTER & AUDIO VISUAL RENTALS
CRE Rental Corp

# Rental Invoice

Invoice Date: Thu 2/6/14
Customer ID: 10057538
Rental Agreement No: 212013193
Fulfilling Branch: Los Angeles
Invoice No: 712014141

**Bill To**

Foley & Lardner
Paul Tigue
555 South Flower Street
Suite 3500
Los Angeles, CA 90071
Phone: 213-972-4645

**Ship To**

Foley & Lardner
Paul Tigue
555 South Flower Street
Suite 3500
Los Angeles, CA 90071
Phone:213-972-4645

| P.O. No. | Reference | Billing Period | Sales Rep. |
|---|---|---|---|
| Prepay w/credit card | Main office | 2/6/14-2/13/14 | Karen Link-SSET |

## Item Detail

| Qty | Description | Rate | Total Charge |
|---|---|---|---|
| 2 | HP M551DN 33ppm Color Laser Printer | $316.00 | $632.00 |
| 2 | A/V Display Cart | $56.00 | $112.00 |
| 1 | Logistics: Delivery/Courier/Freight | $0.00 | $0.00 |
| 1 | CISCO 16 Port 10/100 Switch | $44.00 | $44.00 |
| 1 | Logistics: Delivery/Courier/Freight | $0.00 | $0.00 |
| 1 | CISCO 16 Port 10/100 Switch | $44.00 | $44.00 |
| | Transportation to Customer | $125.00 | $125.00 |
| | Equipment Setup and Removal | $55.00 | $55.00 |
| | Transportation from Customer | $125.00 | $125.00 |

| | |
|---|---|
| **Subtotal:** | **$1,137.00** |
| **LASTR Admin Fee:** | **$66.56** |
| **Total:** | **$1,203.56** |





SmartSource
WE RENT TECHNOLOGY SOLUTIONS

*Please remit payment to:*

**SmartSource Rentals**
**P.O. Box 289**
**Laurel, NY 11948**

Tell us what you think:

www.smartsourcerentals.com/survey

**Terms: Net Upon Receipt**
**Billing Inquiries: (631) 273-8888**



**Remit to:**
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 2/17/2014 | B109408 |

| Tax ID - |
|---|

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---|---|
| Foley & Lardner<br>Attn:Accounts Payable<br>555 S. Flower Street #3500<br>Los Angeles, CA 90071-2411 | Foley & Lardner<br>Attn:Paul Tigue<br>555 S. Flower Street #3500<br>Los Angeles, CA 90071-2411 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| LA015298 | Net 30 | 3/19/2014 | GF CC | Memory Lane | 037079-902 | Paul Tigue |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Request Date:February 1,2014<br>Re:Memory Lane & 037079-902<br>Description:Print x4 Project. | | |
| 6,060 | Blowback Printing - B/W (8.5x11) | 0.06 | 363.60T |
| 29,830 | Blowback Printing - Color (8.5x11) | 0.65 | 19,389.50T |
| 1,580 | Index Tabs | 0.25 | 395.00T |
| | Delivery Date:February 3,2014 | | |

Thank You!  We Appreciate Your Business..

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | $20,148.10 |
| **Sales Tax  (9.0%)** | $1,813.33 |
| **Invoice Total** | $21,961.43 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $21,961.43 |

**Peder Rudling Legal Services, Inc.**

*Peace of mind through quality service.*

6025 Broken Arrow Street
Simi Valley, CA 93063

# Invoice

| | |
|---|---|
| **Invoice #:** | 1691 |
| **Invoice Date:** | 2/25/2014 |
| **Due Date:** | 2/25/2014 |
| **Project:** | Memory Lane v Classmates (... |
| **P.O. Number:** | |

**Bill To:**

Foley & Lardner LLP
Paul C Tigue, II
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| 2/3/2014 Trial:Project Mgmt (logistics email to opposing tech) | 1 | hr | 125.00 | 125.00 |
| 2/4/214 Trial:Project Mgmt (email opposing tech re rental equipment questions) | 1 | hr | 125.00 | 125.00 |
| 2/6/2014 Trial:Project Mgmt (respond to new email fr opposing tech re logistics) | 1 | hr | 125.00 | 125.00 |
| 2/10/2014 (shared between both sides) Rental Equip:Equip Install/Removal (equipment install at SAFC dept 10a) | 2 | hr | 75.00 | 150.00 |
| 2/19/2014 (shared between both sides) Rental Equip:Equip Install/Removal (uninstall rental equipment at SAFC dept 10a) | 2 | hr | 75.00 | 150.00 |
| (split between both sides) Rental Equip:War room LaserJet printer, tech area setup for opposing side (4:1 VGA switch, 1:2 VGA splitter, 20" tech monitor, cables). Rental days: 2/11, 2/12, 2/13, and 2/18/2014 | 4 | day | 75.00 | 300.00 |

Please make checks payable to Peder Rudling Legal Services, Inc.
We also accept Visa and MasterCard.

| | |
|---|---|
| **Total** | $975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $975.00 |



# Invoice

**Date** 2/28/2014
**Invoice #** INV101

**Terms** Due on receipt
**Due Date** 2/28/2014
**PO #**

**Bill To**
Paul C. Tigue
Foley & Lardner LLP
555 S. Flower St.
Suite 3500
Los Angeles CA 90071

**Ship To**
Paul C. Tigue
Foley & Lardner LLP
555 S. Flower St.
Suite 3500
Los Angeles CA 90071

| Item | Quantity | Description | Unit Price | Amount |
|------|----------|-------------|------------|--------|
| CON-TRIAL | 84.75 | Trial Technology Consulting | 140.00 | 11,865.00 |
| | | Shipping/Freight | | 716.31 |
| | | Meals | | 224.07 |
| | | Transporation | | 2,077.60 |
| | | Lodging | | 1,528.78 |



# Invoice

**Date** 2/28/2014
**Invoice #** INV101

| (Bill) | Quantity | Description | Unit Price | Amount |
|--------|----------|-------------|------------|--------|

| | | | **Total** | 16,411.76 |
| | | | **Amount Due** | $16,411.76 |

inData

## Remittance Slip

**Customer** CU4455: PRJ0002 Memory La...
**Invoice #** INV101
**Amount Due** $16,411.76
**Amount Paid** _____

### Please Enter Your Credit Card Information

Type: ____Discover _____Master Card _____VISA _____American Express
Credit Card #: _____
Expiration Date: _____Month _____Year
Signature: _____

### Make Checks Payable To

inData
225 E. Germann Road
Suite 310
Gilbert AZ 85297